[Dodefmao] [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: July 20, 2015**

K. Rodney May
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                       Case No. 8:15−bk−04625−KRM
                                                                             Chapter 13
Lamara Mills
aka Lamarra Stone


_____Debtor*_____/


### ORDER ABATING MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

THIS CASE came on for consideration, without hearing, of the Motion for Referral to Mortgage Modification Mediation with Wells Fargo by Debtor , Doc. # 20 . After a review of the motion , the Court determines that the motion is deficient as follows:

☐  The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐  The motion was filed without a certificate of service as required by Local Rule 9013−1.

☐  The prescribed filing fee of $ , as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐  The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002−4.

☐  The motion does not include a complete property address.

☑  The motion does not include the last four digits of the mortgage loan number.

☐  The reaffirmation agreement does not include a signature of both the Debtor and Creditor.

Accordingly it is

***ORDERED:***

Consideration of the motion is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.