IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **In the Matter of:** : | **Case No.:  8:15-bk-04625-KRM** |
| : | |
| **Lamara Mills** : | **Chapter 13** |
| : | |
| : | |
| **(Debtor)** : | |

**AMENDED MOTION FOR REFERRAL TO MORTGAGE  MODIFICATION MEDIATION**

The Debtor, Lamara Mills, by and through her undersigned attorney, hereby moves the Court for Referral to Mortgage Mediation and in support thereof, states as follows:

**1.** On or about May 3, 2015, the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

**2.** The Debtor desires to retain their primary residence located at 3153 Clover Blossom Circle, Land O' Lakes, Florida 34638 **(Primary Residence)**

**3.** Debtor would like to seek to modify the terms of her mortgage held by Wells Fargo Bank **(Creditor)**, The last 4 digits of the loan number are 8899.

**4.** The Debtors income will allow them to contribute as much as thirty-one percent (31%) of their current gross monthly wages towards payment of the mortgage debt sought to be modified

**5.** Mediation pursuant to Local Rule 9019-2 will assist the Debtor and the Creditor in negotiating modification of the relevant mortgage

WHEREFORE, the Debtor respectfully requests this Court grant the motion referring this case to mediation, refer this case to mediation and grant such further relief in law or equity as justice may require.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. mail to: Lamara Mills, (**Debtor**) 3153 Clover Blossom Circle, Land O' Lakes, Florida 34638. Wells Fargo Bank, Attention: Bankruptcy Department, 17419-015, P.O. Box 659558, San Antonio, Texas 78265 (**Creditor**) Edward Pritchard, Esq., Kass Shuler, P.A., P.O. Box 800, Tampa, Florida 33601 (**Attorney For Creditor**), Kelly Remick (**Chapter 13 Trustee**), P.O. Box 6099, Sun City Center, Florida 33571; and Office of U.S. Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602, this 22nd day of July 2015

 /s/ Kevin S. Garris
Attorney for Debtor
3000 Gulf To Bay Blvd.
Second Floor

Clearwater, FL 33759
Phone (727) 797-2827
Fax (727) 797-2829
FL. Bar No. 0977950